**D. W. Bates, appellant, v. Board of Education of Frankfort Community Consolidated School District No. 68 et al., appellees.**

Opinion filed September 6, 1934.

Layman & Johnson and George E. Dodd, for appellant. Frank E. Trobaugh and W. F. Dillon, for appellees; Stephen E. Brondos, of counsel.

Mr. Justice Murphy delivered the opinion of the court.

**Violet Ann Lewis, administratrix of the estate of Benjamin F. Lewis, deceased, appellee, v. Illinois Terminal Company, appellant.**

Opinion filed September 6, 1934.

E. Bentley Hamilton and Terry, Gueltig & Powell, for appellant. Wilbur A. Trares, for appellee.

Mr. Justice Murphy delivered the opinion of the court.